**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| **THERESSA RANKINS**, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>**CARENEXA, LLC f/k/a BLACKFLY INVESTMENTS, LLC, d/b/a MOLECULAR TESTING LABS**, and **NTIRETY, INC.**,<br><br>    Defendants. | No. 2:25-cv-02086<br><br>**ORDER GRANTING AMENDED MOTION TO CONSOLIDATE RELATED ACTIONS AND MOTION TO APPOINT INTERIM CO-LEAD COUNSEL** |
| **JEFFREY DUNN**, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>**CARENEXA, LLC f/k/a BLACKFLY INVESTMENTS, LLC, d/b/a MOLECULAR TESTING LABS**, and **NTIRETY, INC.**,<br><br>    Defendants. | No. 3:25-cv-05952 |

ORDER GRANTING AMENDED MOTION TO CONSOLIDATE
RELATED ACTIONS AND MOTION TO APPOINT INTERIM CO-LEAD
COUNSEL– 1 (Case No. 2:25-cv-02086)

**ANGELINA GILLARD** and **COLE GILLARD**, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

**CARENEXA, LLC f/k/a BLACKFLY INVESTMENTS, LLC, d/b/a MOLECULAR TESTING LABS**, and **NTIRETY, INC.**,

Defendants.

No. 3:25-cv-05971

This matter comes before the Court on Plaintiffs' Amended Motion to Consolidate Related Cases and Motion to Appoint Interim Co-Lead Counsel, under Federal Rule of Civil Procedure 42, Local Rule 42, and Federal Rule of Civil Procedure 23, in three (3) related cases:

1. *Theressa Rankins v. CareNexa, LLC f/k/a Blackfly Investments, LLC, d/b/a Molecular Testing Labs, and Ntirety, Inc.*, 2:25-cv-02086 (the "*Rankins*" Action);

2. *Jeffrey Dunn v. CareNexa, LLC f/k/a Blackfly Investments, LLC, d/b/a Molecular Testing Labs, and Ntirety, Inc.*, 3:25-cv-05952 (the "*Dunn*" Action); and

3. *Angelina Gillard and Cole Gillard v. CareNexa, LLC f/k/a Blackfly Investments, LLC, d/b/a Molecular Testing Labs, and Ntirety, Inc.*, 3:25-cv-05971 (the "*Gillard*" Action) (collectively the "Related Actions").

Dkt. # 14. The motion is unopposed.

For the reasons in Plaintiffs' Motion, to ensure consistent and efficient adjudications in this Court and conserve the resources of the Court and the parties, and for other good cause shown, the Court hereby GRANTS the Motion, and issues the following orders:

1. The *Rankins*, *Dunn*, and *Gillard* actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes and trial

ORDER GRANTING AMENDED MOTION TO CONSOLIDATE
RELATED ACTIONS AND MOTION TO APPOINT INTERIM CO-LEAD
COUNSEL– 2 (Case No. 2:25-cv-02086)

proceedings pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42 before the Honorable John H. Chun (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:25-cv-02086, the number assigned to the first-filed case and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **IN RE: CARENEXA, f/k/a BLACKFLY INVESTMENTS d/b/a MOLECULAR TESTING LAB, and NTIRETY DATA SECURITY LITIGATION**  )  )  )  )  ) | **Master File No. 2:25-cv-02086** |
| **This Document Relates To:**  )  ) | |

3. The case file for the Consolidated Action will be maintained under Master File No. 2:25-cv-02086. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.*, "3:25-cv-05952 (*"Dunn"*)."

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a "Notice of Related Action" whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate file for such action;

    b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

ORDER GRANTING AMENDED MOTION TO CONSOLIDATE
RELATED ACTIONS AND MOTION TO APPOINT INTERIM CO-LEAD
COUNSEL– 3 (Case No. 2:25-cv-02086)

c.  Direct that this Order be served upon defendant(s) in the new case; and

d.  Make an appropriate entry in the Master Docket.

6.  The Court appoints Leanna Loginov of Shamis & Gentile, P.A. and Joan M. Pradhan of Tousley Brain Stephens PLLC as Interim Co-Lead Counsel in the Consolidated Action. The Court bases these appointments on the above attorneys' qualifications and credentials as set forth in Plaintiffs' Amended Motion to Appoint Interim Co-Lead Counsel and on the agreement of all Plaintiffs' counsel.

7.  The Court sets the following briefing schedule following this Order:

a.  Plaintiffs shall file a Consolidated Complaint no later than 30 days following the entry of this Order;

b.  Defendant shall file an Answer or responsive pleading 30 days following service of the Consolidated Complaint;

c.  Plaintiffs shall file their response to Defendant's pleading 30 days thereafter;

d.  Defendant shall file any reply 14 days thereafter.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2026.

John H. Chun
United States District Judge

ORDER GRANTING AMENDED MOTION TO CONSOLIDATE
RELATED ACTIONS AND MOTION TO APPOINT INTERIM CO-LEAD
COUNSEL– 4 (Case No. 2:25-cv-02086)